**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-24789-BLOOM**
**(Case No. 24-cr-20454-FAM-1)**

JAMES LOUBEAU,

      Movant,

v.

UNITED STATES OF AMERICA,

      Respondent.

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court upon Movant James Loubeau's *pro se* Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. [1], raising constitutional challenges to his convictions and sentences in Case No. 24-cr-20454-FAM-1. Being fully advised, it is **ORDERED** as follows:

1. The parties must always use the civil case number on all filings in this § 2255 proceeding.

2. On or before **August 25, 2026**, Respondent shall file a memorandum of fact and law to show cause why this Motion should not be granted. The memorandum shall:

    a. address all claims raised by Movant on the merits even if procedural defenses are also asserted as to some or all claims;

    b. contain a procedural history, with citations to the corresponding docket entry numbers in the underlying criminal case, and any recitation of facts shall similarly be supported by citations to the record;

Case No. 26-cv-24789-BLOOM

c. be accompanied by all documents and transcripts necessary for the resolution of this Motion, regardless of whether they are in the Court file;

d. be captioned as a "Response," and not as a motion to dismiss.

3.      Respondent shall address each claim in turn as set forth by Movant and shall not group or re-organize claims absent leave of Court. All arguments in response to the Motion shall be set forth in the response, and Respondent shall not incorporate by reference arguments made in filings in the underlying criminal case.

4.      Any motion for an extension of time allowed for the filing of the response must be case-specific and must detail the reasons the extension is sought.

5.      Movant may, but is not required to, file a reply within **fourteen (14) days** of the date the response is filed. The reply must comply with this District's local rules and **"shall not exceed ten (10) pages."** Local Rule 7.1(c)(2).

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 14, 2026.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies provided to:

Counsel of Record

James Loubeau, *Pro Se*
41074-511
Coleman Low
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 1031
Coleman, FL 33521

2